UNITED STATES, Appellee

v

RALPH X. ACOSTA, Private, U. S. Army, Appellant

22 USCMA 347, 46 CMR 347

No. 26,737

June 8, 1973

*Colonel Arnold I. Melnick, Captain Allan K. DuBois,* and *Captain Michael A. Mason* were on the pleadings for Appellant, Accused.

*Lieutenant Colonel Ronald M. Holdaway, Major Thomas P. Burns, III, Captain Richard A. Karre,* and *Captain Richard L. Menson* were on the pleadings for Appellee, United States.

## Opinion

PER CURIAM:

Under attack is the admissibility of evidence of a previous conviction by summary court, at which the accused was not sentenced to confinement, and of a previous conviction by special court-martial, at which the accused allegedly was represented by appointed counsel who was not a professional lawyer in the civilian sense. For the reasons set out in the separate opinions of Chief Judge Darden and Judge Quinn in United States v Alderman, 22 USCMA 298, 46 CMR 298 (May 25, 1973), we sustain the admission of the evidence. The decision of the Court of Military Review is affirmed.

DUNCAN, Judge (dissenting):

I dissent for the reasons set forth in my separate opinion in United States v Henry, 22 USCMA 328, 46 CMR 328 (June 8, 1973).